UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>10001 GRUNEWALD ROAD, YAKIMA, WASHINGTON, TOGETHER WITH ALL APPURTENANCES, FIXTURES, ATTACHMENTS, AND IMPROVEMENTS THERETO AND THEREUPON,<br><br>　　　　Defendant. | CV-09-3020-LRS<br><br>Final Order of Forfeiture of Substitute Res |

Plaintiff, United States of America, filed a Verified Complaint for Forfeiture In Rem on February 18, 2009, alleging that the defendant property was subject to forfeiture to the United States pursuant to 21 U.S.C. § 881.

The above court has jurisdiction over this matter by virtue of 28 U.S.C. §§ 1345 and 1355. Venue is proper pursuant to 28 U.S.C. § 1395.

The defendant real property is located at 10001 Grunewald Road, Yakima, Washington, and is legally described in the Verified Complaint for Forfeiture In Rem, filed herein.

Real property records show that the property is owned by Douglas A. Hatfield, subject to two Deeds of Trust between Douglas A. Hatfield, and Washington Mutual Bank, now JP Morgan Chase Bank, N.A.

On April 30, 2009, Douglas A. Hatfield filed a Claim to the Defendant real property. To date, Mr. Hatfield has not filed an answer to the complaint.

In a Stipulation for Forfeiture of Substitute Res, filed on November 6, 2009, Claimant, Douglas A. Hatfield, agreed to provide $100,000.00 substitute res to the

United States in lieu of forfeiture of the Defendant real property. Douglas Hatfield also agreed in said stipulation to the entry of an order of forfeiture forfeiting the substitute <u>res</u> in the amount of $100,000.00 to the United States of America, without further notice or hearing.

On November 12th, 2009, a Notice of Compliance was filed, which indicates that the United States Attorney's Office received two cashier's checks, each in the amount of $50,000.00, made payable to the United States Marshals Service, for a total of $100,000.00.

It appearing to the Court that the United States and Claimants Douglas A. Hatfield agreed, in the stipulation filed herein, to the forfeiture of $100,000.00 in lieu of forfeiture of the Defendant real property;

It appearing to the Court that the $100,000.00 substitute <u>res</u> has been provided to the United States.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED, that the Plaintiff's Motion For Entry Of Order Of Forfeiture, Ct. Rec. 29, is GRANTED and $100,000.00 is hereby forfeited to the United States, and no right, title, or interest shall exist in any other person;

IT IS FURTHER ORDERED that the United States Marshals Service shall dispose of the $100,000.00 in accordance with law.

DATED this 13th day of November, 2009.

s/Lonny R. Suko

Lonny R. Suko
Chief United States District Judge

Presented by:

James A. McDevitt
United States Attorney

s/James A. Goeke

James A. Goeke
Assistant United States Attorney

Final Order of Forfeiture of Substitute Res -2-
P91109dm.jgc.wpd