**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| UNITED STATES OF AMERICA, | **NO.  CV-09-3020-LRS** |
| Plaintiff, | |
| v. | **Amended** |
| | **Final Order of Forfeiture of** |
| 10001 GRUNEWALD ROAD, | **Substitute <u>Res</u>** |
| YAKIMA, WASHINGTON, | |
| TOGETHER WITH ALL | |
| APPURTENANCES, FIXTURES, | |
| ATTACHMENTS, AND | |
| IMPROVEMENTS THERETO | |
| AND THEREUPON, | |
| Defendant. | |

    Plaintiff, United States of America, filed a Verified Complaint for Forfeiture <u>In Rem</u> on February 18, 2009, alleging that the defendant property was subject to forfeiture to the United States pursuant to 21 U.S.C. § 881.

    The above court has jurisdiction over this matter by virtue of 28 U.S.C. §§ 1345 and 1355.  Venue is proper pursuant to 21 U.S.C. § 1395.

The defendant real property is located at 10001 Grunewald Road, Yakima, Washington, and is legally described in the Verified Complaint for Forfeiture <u>In Rem</u> filed herein.

Real property records show that the property is owned by Douglas A. Hatfield, subject to two Deeds of Trust between Douglas A. Hatfield, and Washington Mutual Bank, now JP Morgan Chase Bank, N.A.

On April 30, 2009, Douglas A. Hatfield filed a Claim to the Defendant real property. To date, Mr. Hatfield has not filed an answer to the complaint.

In a Stipulation for Forfeiture of Substitute <u>Res</u>, filed on November 6, 2009, Claimant Douglas A. Hatfield, agreed to provide $100,000.00 substitute <u>res</u> to the United States in lieu of forfeiture of the Defendant real property. Douglas Hatfield also agreed in said stipulation to the entry of an order of forfeiture forfeiting the substitute <u>res</u> in the amount of $100,000.00 to the United States of America, without further notice or hearing.

On November 12th, 2009, a Notice of Compliance was filed, which indicates that the United States Attorney's Office received two cashier's checks, each in the amount of $50,000.00, made payable to the United States Marshals Service, for a total of $100,000.00.

Amended Order of Forfeiture of
Substitute Res -2-

It appearing to the Court that the United States and Claimant Douglas A. Hatfield agreed, in the stipulation filed herein, to the forfeiture of $100,000.00 in lieu of forfeiture of the Defendant real property.

It appearing to the Court that the $100,000.00 substitute res has been provided to the United States.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED, that the $100,000.00 is hereby forfeited to the United States, and no right, title, or interest shall exist in any other person;

IT IS FURTHER ORDERED that the United States Marshals Service shall dispose of the $100,000.00 in accordance with law.

IT IS FURTHER ORDERED that the United States shall file a release of the Lis Pendens, and/or any amendments thereto, regarding the Defendant property within ten (10) days of the entry of this Order.

DATED this 23rd day of November, 2009.

s/Lonny R. Suko
Lonny R. Suko
Chief United States District Judge

Amended Order of Forfeiture of
Substitute Res -3-

Presented by:

ETTER, McMAHON, LAMBERSON,
CLARY & ORESKOVICH, P.C.

By: /s/ Jennifer C. Underwood
    MICHAEL J. McMAHON, WSBA No. 6895
    JENNIFER C. UNDERWOOD, WSBA No. 35476
Attorneys for Claimant JPMorgan Chase Bank, N.A.

Etter, McMahon, Lamberson, Clary & Oreskovich P.C.
618 W. Riverside Ave, Ste. 210
Spokane, Washington 99201
Telephone: (509) 747-9100
Email: mjm13@ettermcmahon.com
Email: jennifer@ettermcmahon.com

Amended Order of Forfeiture of
Substitute Res -4-